IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Equanna E

Printed: 12/02/08

Case Number: 07 B 21117
Judge: Hollis, Pamela S
Filed: 11/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 20, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,936.29 |  |
| Secured: |  | 1,497.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,267.18 |
| Trustee Fee: |  | 171.18 |
| Other Funds: |  | 0.00 |
| Totals: | 2,936.29 | 2,936.29 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,700.00 | 1,267.18 |
| 2. | Aaron Rents | Secured | 0.00 | 0.00 |
| 3. | Affiliated Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Consumer Portfolio Services | Secured | 11,621.83 | 1,497.93 |
| 5. | ER Solutions | Unsecured | 1,615.47 | 0.00 |
| 6. | National Check Trust Inc | Unsecured | 3,000.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 84.78 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 170.00 | 0.00 |
| 9. | Aaron Rents | Unsecured | 1,269.48 | 0.00 |
| 10. | Cook County Treasurer | Secured |  | No Claim Filed |
| 11. | Balaban Furniture Ltd | Unsecured |  | No Claim Filed |
| 12. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 14. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 15. | First Premier | Unsecured |  | No Claim Filed |
| 16. | Commercial Check Control | Unsecured |  | No Claim Filed |
| 17. | Commercial Check Control | Unsecured |  | No Claim Filed |
| 18. | Credit Management Control | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 21. | Jewel Osco | Unsecured |  | No Claim Filed |
| 22. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Receivables Performance | Unsecured |  | No Claim Filed |
| 26. | Torres Credit | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Equanna E

Printed: 12/02/08

Case Number:  07 B 21117
Judge:  Hollis, Pamela S
Filed:  11/9/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 20,461.56 | $ 2,765.11 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 96.61 |
| 6.5% | 74.57 |
| | $ 171.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

